UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 1305 RIDGEWOOD, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ATHAS CAPITAL GROUP, INC., et al., <br><br> Defendants. | Case No: 21-cv-04647 SBA <br><br> **JUDGMENT** |

In accordance with the Order Granting Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint, and pursuant to Federal Rule of Civil Procedure 58, final judgment is entered in this action.

IT IS SO ORDERED.

Dated: September 12, 2022

*Saundra B. Armstrong* RS
Richard Seeborg for Saundra B. Armstrong
United States District Judge